UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: <br><br>**ROSS F. CHARNO** and <br>**AMANDA CHARNO**, <br><br>   Debtors. | **CASE NO. 09-36566-JKO** <br> **CHAPTER 7** |
| **DONALD F. WALTON**, United States Trustee, <br><br>   Plaintiff, <br><br> v. <br><br> **ROSS CHARNO** and **AMANDA CHARNO**, <br><br>   Defendants. | **ADV. NO. 10-03095-JKO-A** |

## ROSS CHARNO'S AND AMANDA CHARNO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants Ross Charno and Amanda Charno (the "Charnos"), by and through undersigned counsel, answer the Complaint filed in this matter and state as follows:

1. The Charnos admit the allegations set forth in Paragraph 1.

2. The Charnos admit the allegations set forth in Paragraph 2.

3. The Charnos admit the allegations set forth in Paragraph 3.

4. The Charnos admit the allegations set forth in Paragraph 4.

5. The Charnos are without knowledge as to the allegations set forth in Paragraph 5 and therefore deny same.

1
**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 ● Telephone 954.745.5880

*Case No. 09-36566-JKO*
*Adv. No. 10-03095-JKO-A*

6. The Charnos admit the allegations set forth in Paragraph 6.

7. The Charnos admit the allegations set forth in Paragraph 7.

8. In response to Paragraph 8, Rule 4004(a) speaks for itself. The Charnos are without knowledge as to the other allegations set forth in Paragraph 8 and therefore deny same.

9. The Charnos are without knowledge as to the allegations set forth in Paragraph 9 and therefore deny same.

10. The Charnos are without knowledge as to the allegations set forth in Paragraph 10 and therefore deny same.

11. In response to Paragraph 11, the Debtors' Schedules speak for themselves. As to any other allegations set forth in Paragraph 11, the Charnos are without knowledge and therefore deny same.

12. In response to Paragraph 12, the Debtors' Schedules speak for themselves. As to any other allegations set forth in Paragraph 12, the Charnos are without knowledge and therefore deny same.

13. In response to Paragraph 13, the Debtors' Schedules speak for themselves. As to any other allegations set forth in Paragraph 13, the Charnos are without knowledge and therefore deny same.

14. The Charnos deny the allegations set forth in Paragraph 14.

15. The Charnos deny the allegations set forth in Paragraph 15.

16. The Charnos are without knowledge as to the allegations set forth in Paragraph 16 and therefore deny same.

SLATKIN & REYNOLDS, P.A.
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 ● Telephone 954.745.5880

17. The Charnos deny the allegations set forth in Paragraph 17.

18. The Charnos are without knowledge as to the allegations set forth in Paragraph 18 and therefore deny same.

19. The Charnos are without knowledge as to the allegations set forth in Paragraph 19 and therefore deny same.

20. The Charnos are without knowledge as to the allegations set forth in Paragraph 20 and therefore deny same.

21. The Charnos admit the allegations set forth in Paragraph 21.

## **COUNT I**

22. The Charnos incorporates their responses to Paragraphs 1 through 21 as if they fully were set forth herein.

23. In response to Paragraph 23, the statute speaks for itself. The Charnos are without knowledge as to the other allegations set forth in Paragraph 23 and therefore deny same.

24. The Charnos deny the allegations set forth in Paragraph 24.

25. The Charnos deny the allegations set forth in Paragraph 25.

26. The Charnos are without knowledge as to the allegations set forth in Paragraph 26 and therefore deny same.

27. The Charnos deny the allegations set forth in Paragraph 27.

28. The Charnos are without knowledge as to the allegations set forth in Paragraph 28 and therefore deny same.

29. The Charnos deny the allegations set forth in Paragraph 29.

Case No. 09-36566-JKO<br>
Adv. No. 10-03095-JKO-A

## COUNT II

30. The Charnos incorporates their responses to Paragraphs 1 through 21 as if they were fully set forth herein.

31. In response to Paragraph 31, the statute speaks for itself. The Charnos are without knowledge as to any other allegations set forth in Paragraph 31 and therefore deny same.

32. The Charnos admit the allegations set forth in Paragraph 32.

33. The Charnos deny the allegations set forth in Paragraph 33.

34. The Charnos deny the allegations set forth in Paragraph 34.

35. The Charnos deny any allegations in the Complaint not specifically addressed herein.

**AFFIRMATIVE DEFENSES**
**First Affirmative Defense**

As and for their First Affirmative Defense, the Charnos aver that, to the extent this action was not timely brought pursuant to Bankr.R. 4004, the action is barred.

I hereby certify that I am admitted to the Bar of the United States District Court, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated this 28th day of July, 2010.

**SLATKIN & REYNOLDS, P.A.**
Attorneys for Ross and Amanda Charno
One East Broward Boulevard, Suite 609
Fort Lauderdale, Florida 33301
Telephone 954.745.5880
Facsimile 954.745.5890
rreynolds@slatkinreynolds.com

By: /s/ Robert F. Reynolds
    ROBERT F. REYNOLDS
    Fla. Bar. No. 174823

*Case No. 09-36566-JKO*
*Adv. No. 10-03095-JKO-A*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished via the Court's CM/ECF noticing system to Ariel Rodriguez, Esq., ariel.rodriguez@usdoj.gov on this 28th day of July, 2010.

/s/ Robert F. Reynolds
ROBERT F. REYNOLDS